Misc. No. 15–8003/AR. Timothy B. Hennis, Petitioner v. Erica Nelson, Colonel, United States Army Commandant, U.S. Disciplinary Barracks, United States Army, and United States, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

No. 14–0322/MC. U.S. v. Michael B. Gilbreath. CCA 201200427. Appellee's motion to correct errata is granted.

No. 14–5007/AF. U.S. v. Steven S. Morita. CCA 37838. On consideration of Appellant/Cross–Appellee's motion for leave to file an additional volume to the joint appendix, it is ordered that said motion is granted.

Wednesday, October 15, 2014

No. 14–0639/AF.  U.S. v. Corey K. Hudgins.  CCA 38305. On consideration of Appellant's petition for reconsideration of this Court's order issued August 20, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0050/AF.  U.S. v. Thomas N. Patterson.  CCA 38031. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0089/AF.  U.S. v. Keith L. Lovely.  CCA 38215. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 30, 2014.

No. 15–0094/AF.  U.S. v. Nicholas R. Cron.  CCA 38138. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

No. 15–0095/AF.  U.S. v. William J. Matthis.  CCA 38312. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 3, 2014.

Friday, October 17, 2014

